The Republic Life Insurance Company *vs.* Beaty *et al.*

An attachment was sued out against an insurance company, and several summonses of garnishment were served. On the trial, plaintiffs introduced evidence to establish their claim, and closed their case. There was no appearance for defendant and no motion for a non-suit. Certain attorneys, styling themselves *amici curiæ,* suggested to the court that a non-suit was proper, but the court did not heed the suggestion, and allowed the case to proceed to the jury, who found a verdict for the plaintiffs. Defendant filed a bill of exceptions, assigning as error that the court did not non-suit the plaintiffs:

*Held,* that the court did not decide any question to which exception is taken, and there being no exception to any ruling, decision or judgment, the judgment of the court below must be affirmed.

February 2, 1884.

Practice in Superior Court.    Non-Suit. *Amicus Curiæ.*

Practice in Supreme Court. Before B. F. ABBOTT, Esq., Judge *pro hac vice.* Fulton Superior Court. April Term, 1883.

Reported in the decision.

JULIUS L. BROWN, for plaintiff in error.

GARTRELL & WRIGHT; W. T. NEWMAN, for defendants.

BLANDFORD, Justice.

The defendants in error sued out an attachment against plaintiff in error, and also divers summonses of garnishment, and on the trial introduced evidence to establish their claim, and closed their case. There was no appearance for defendant and no motion for non-suit. Certain persons styling themselves *amici curiæ* suggested to the court that a non-suit was proper. The court, it seems, did not heed the suggestion of his friends (?), and allowed the case to proceed to the jury, who found a verdict in favor of defendants in error against the plaintiff in error. There is no motion for a new trial, and exception is taken because the court did not non-suit the plaintiff. The court did not decide any question to which exception is taken. There is no exception taken by plaintiff in error to any ruling, decision or judgment of the court below; in such a case it only remains to affirm the judgment.

Judgment affirmed.